# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**PAUL JOE CRAMER,**

      **Plaintiff,**

vs.

**Case No.: 2:18-cv-51**
**JUDGE GEORGE C. SMITH**
**Magistrate Judge Deavers**

**STATE OF OHIO,**

      **Defendant.**

## ORDER

On January 24, 2018, the United States Magistrate Judge issued an *Order and Report and Recommendation on Initial Screen* granting Plaintiff's Motion to Proceed *in forma pauperis* and recommending dismissal of Plaintiff's claims for failure to state a claim upon which relief may be granted. (*See Order and Report and Recommendation*, Doc. 2). The parties were advised of their right to object to the *Order and Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Order and Report and Recommendation*.

The *Order and Report and Recommendation on Initial Screen* is hereby **ADOPTED** and **AFFIRMED.** Plaintiff's Motion to Proceed *in forma pauperis* is **GRANTED.** Plaintiff's claims are hereby **DISMISSED** pursuant to Section 1915(e)(2) for failure to state a claim upon which relief may be granted.

The Clerk shall remove Document 2 from the Court's pending motions list and terminate this case.

**IT IS SO ORDERED**.

*/s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**